FILED '09 APR 28 16:32 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLES E. CHRISTOFERSON,

                    Petitioner,          Civil No. 08-1187-TC

          v.                             ORDER

JEFF THOMAS,

                    Respondent.

HOGAN, District Judge.

    Petitioner's Motion for Voluntary Dismissal Without Prejudice (#12) is allowed.  Respondent's Motion to Dismiss for Failure to State a Claim (#10) is denied as moot.  This action is dismissed without prejudice.

    DATED this 28th day of April, 2009.

                         Michael R. Hogan
                         United State District Judge

1 - ORDER